UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Thomas Joseph Ciluffo, Sr. and Patricia Lynne Ciluffo      Case No. 12-54397

Thomas Joseph Ciluffo, Sr. and Patricia Lynne Ciluffo      Hon. Shapero
Plaintiff

CHAPTER 13

v.

TCF National Bank
Defendant      Adversary Case No. 12-06152

_____/

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS ADVERSARY PROCEEDING

Upon the reading and filing of Attorney for Debtors, JESSE R. SWEENEY's Motion for Voluntary Dismissal of the Adversary Proceeding.


IT IS HEREBY ORDERED:


a.      That Adversary Proceeding case number 12-06152 be dismissed.

**Signed on January 29, 2013**

                               **/s/ Walter Shapero**
                                 **Walter Shapero**
                                 **United States Bankruptcy Judge**